\*\*E-Filed 1/22/07\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHANGZHENG WANG,<br><br>           Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>           Defendants. | Case Number C 06-7636 JF (HRL)<br><br>ORDER TO SHOW CAUSE |

   On December 13, 2006, Plaintiff Changzheng Wang filed the instant "Complaint For Writ in the Nature of Mandamus & Declaratory Judgment." Plaintiff alleges that Defendants have failed to process his I-485 application in a timely manner, apparently as a result of delays in obtaining a completed background check clearance from the Federal Bureau of Investigation. Plaintiff alleges that, as a result, defendants have violated the Administrative Procedures Act, 5 U.S.C § 701 et. seq.   Plaintiff requests that this Court enter an order compelling defendants to act upon his application.

Good cause appearing, IT IS HEREBY ORDERED as follows:

(1) The Clerk of the Court shall serve a copy of the complaint and a copy of this Order upon counsel for Defendants, the Office of the United States Attorney. The Clerk of the Court also shall serve a copy of this Order upon Plaintiff.

(2) Defendants shall, within sixty (60) days after receiving service of the complaint, show cause in writing why the relief prayed for should not be granted.

(3) Plaintiff may file a response to Defendants' filing within twenty (20) days after receipt of such filing.

(4) Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the response or upon the expiration of time to file a response.

(5) The order dated December 13, 2006, setting an Initial Case Management Conference and ADR deadlines, is hereby VACATED.

IT IS SO ORDERED.

DATED: 1/22/07

_____
JEREMY FOGEL
United States District Judge

Copies of Order served on the following persons:

Plaintiff *pro se*:

Justin Fok    jfok@jclawoffice.com

Counsel for Defendants:

Office of the United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Case No. C 06-7636 JF (HRL)
ORDER TO SHOW CAUSE
JFLC2