**\*\*E-filed 4/10/07\*\***

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12  CHANGZHENG WANG,                )
                                    ) No. C 06-7636 JF
13              Plaintiff,           )
                                    )
14         v.                       ) **STIPULATION TO DISMISS; AND**
                                    ) [~~**PROPOSED**~~] **ORDER**
15  MICHAEL CHERTOFF, Secretary of the )
    Department of Homeland Security;  )
16  EMILIO T. GONZALEZ, Director of United )
    States Citizenship and Immigration Services; )
17  CHRISTINA POULOS, Acting Director of the )
    California Service Center, United States )
18  Citizenship and Immigration Services; )
    DAVID STILL, San Francisco District )
19  Director, United States Citizenship and )
    Immigration Services;               )
20  ROBERT S. MUELLER, Director         )
    of Federal Bureau of Investigation  )
21                                      )
                Defendants              )
22  _____)

23      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

25  of the adjudication of Plaintiff's adjustment of status application (Form I-485).

26  The parties also request that the Court vacate the January 22, 2007 Order to Show Cause.

27      Each of the parties shall bear their own costs and fees.

28  ///

Stipulation to Dismiss
C06-7636 JF

Dated: April 3, 2007   Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: April 3, 2007   _____/s/_____
JUSTIN FOK
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  4/6/07

_____
JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C06-7636 JF                                   2